1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**DISTRICT OF NEVADA**

9
BOARD OF TRUSTEES OF THE
10
SOUTHERN NEVADA AND CALIFORNIA
GLAZIERS, FABRICATORS, PAINTERS
11
AND FLOORCOVERERS PENSION
TRUST FUND,
12
                              Plaintiff,
13
vs.
14
ITZROYALTY CONSTRUCTION, INC., a
15
California corporation; SURETEC
INSURANCE COMPANY, a Texas
16
corporation; THE NORTH RIVER
INSURANCE COMPANY, a New Jersey
17
corporation; JOHN DOES I-XX, inclusive;
and ROE ENTITIES I-XX, inclusive,
18
                              Defendants.
19

CASE NO.: 2:25-cv-00117-APG-NJK

ORDER GRANTING STIPULATION
TO EXTEND DISPOSITIVE
MOTION DEADLINE

**(THIRD REQUEST)**

20      The Plaintiff, Board of Trustees of the Southern Nevada and California Glaziers,

21  Fabricators, Painters and Floorcoverers Pension Trust Fund ("Plaintiff"), and Defendants

22  SureTec Insurance Company ("SureTec") and The North River Insurance Company ("NRIC")

23  (SureTec and NRIC collectively, the "Surety Defendants"), each acting by and through its

24  undersigned counsel, respectfully submit this Joint Status Report and Stipulation and Proposed

25  Order to Extend Dispositive Motion Deadline (this "Stipulation"). This Stipulation constitutes

26  the Plaintiff and Surety Defendants' (collectively, the "Parties") third request for such an

27
28

extension and is being entered in good faith, not for an improper purpose, and pursuant to the Court's Order entered September 18, 2025 [Dkt. No. 18]. In support of this Stipulation, the Parties state as follows:

1.    On January 17, 2025, the Plaintiff filed its Complaint to, *inter alia*, compel cooperation and production of records from ITZRoyalty, perform the Audit, and seek an award from the Court for damages the Plaintiff believes it is owed. Dkt. No. 1.

2.    The Plaintiff completed service of process of Defendant SureTec on January 29, 2025. *See* Dkt. No. 10, Exhibit 1.

3.    The Plaintiff completed service of process of Defendant NRIC on January 31, 2025. *Id.*

4.    The Plaintiff completed service of process of Defendant ITZRoyalty Construction, Inc. ("ITZRoyalty") on March 3, 2025. *Id.*

5.    Defendant SureTec filed its Answer to the Complaint on February 19, 2025 [Dkt. No. 5].

6.    Defendant NRIC filed its Answer to the Complaint on March 7, 2025 [Dkt. No. 7].

7.    Defendant ITZRoyalty has neither appeared nor filed a responsive pleading in this Case. *See* Docket, generally.

8.    On April 11, 2025, the Court entered an Order requiring the Parties to file a stipulated discovery plan pursuant to Local Rule 26-1(a) by April 18, 2025 [Dkt No. 9].

9.    On April 15, 2025, the Plaintiff filed a Motion for Entry of Clerk's Default of ITZRoyalty [Dkt. No. 11].

10.    On April 16, 2025, the Plaintiff and the Surety Defendants filed a Stipulation to Stay Proceedings as to the Surety Defendants (First Request) ("First Stip to Stay") [Dkt. No. 12], in which the Plaintiff and the Surety Defendants requested a stay of this Case as to the Surety Defendants, only, to allow the Plaintiff additional time to obtain documents and information from third parties to allow the Plaintiff the opportunity to perform a payroll

compliance audit of ITZRoyalty to confirm the accuracy of ITZRoyalty's contribution obligations to the Plaintiff ("Audit") for the period of at least March 7, 2022 through the present ("Audit Period").

11. On April 17, 2025, the Court entered an Order denying the First Stip to Stay for the following reasons: (a) the First Stip to Stay fails to include any legal authority that a lengthy stay of discovery is warranted by the identified circumstances; (b) the First Stip to Stay fails to explain why three or four months would suffice for the legal proceedings and audit identified; and (c) insufficient explanation was provided as to why a desire for a firmer understanding of damages in this case suffices for a lengthy stay of discovery. *See* Dkt. No. 13 at Page 2.

12. On April 18, 2025, the Plaintiffs and the Surety Defendants filed a Proposed Joint Discovery Plan and Scheduling Order [Dkt. No. 14].

13. On April 21, 2025, the Court entered its Discovery Plan and Scheduling Order [Dkt. No. 15], which includes a Discovery Cut-Off Date of August 18, 2025, a Dispositive Motion Deadline of September 17, 2025, and pre-trial and ADR deadlines scheduled thereafter.

14. On April 30, 2025, the Court Clerk entered Default against Defendant ITZRoyalty for failing to plead or otherwise defend in this action [Dkt. No. 16].

15. The Plaintiff and the Surety Defendants have exchanged Initial Disclosures.

16. The Plaintiff sent Discovery Requests, including Requests for Production of Documents, to Defendant ITZRoyalty, but no response was received to date. *See* Stipulation for Stay of Proceedings (Second Request) [Dkt. No. 17] ("Stip to Stay"), Declaration of Plaintiff's Counsel in Support of Stipulation to Stay Proceedings to Complete Audit (Second Request) ("Decl. of Counsel") at ¶ 4.

17. The Plaintiff sent Subpoenas to Produce Documents, Information, or Objects to the State of California, Contractors State License Board ("CSLB"), California Employment Development Department ("CEDD"), and QuickBooks Online Payroll, Inc. ("QuickBooks") *Id.* at ¶ 5.

18.     Plaintiff received documents responsive to the CSLB, CEDD, and QuickBooks.

19.     Plaintiff's Auditor was able to obtain Certified Payroll Reports, which only recently became available to the public after an extended period of inaccessibility, for work performed by ITZRoyalty employees during the Audit Period through the State of California Department of Industrial Relations. *See* Stip to Stay, Declaration of Auditor in Support of Stipulation to Stay Proceedings to Complete Audit (Second Request) ("Decl. of Auditor") at ¶¶ 14-15.

20.     On September 16, 2025, the Parties filed a Stipulation for Stay of Proceedings (Second Request) requesting to stay the Case and all remaining case deadlines through November 20, 2025, so that the Plaintiff's Auditor could complete the Audit and for the Parties to discuss the possibility of settlement of any claims [Dkt. No. 17].

21.     On September 18, 2025, the Court entered an Order requiring the Parties to file a Joint Status Report regarding settlement by November 20, 2025, extending the Dispositive Motions Deadline to December 11, 2025, and extending the Joint Proposed Pretrial Order Deadline to January 9, 2026, or 30 days after resolution of dispositive motions [Dkt. No. 18].

22.     It took the Plaintiff's Auditor more time to complete the Audit than anticipated, and the Audit Report was issued and sent to counsel for the Surety Defendants on November 12, 2025.

23.     The Parties require additional time to review the Audit Report and discuss the possibility of settlement of their respective claims and defenses and request that the case management deadlines be reset, as follows:

    a.     The Parties will file a Joint Status Report regarding settlement on or before December 21, 2025;

    b.     Dispositive Motions:  January 12, 2026; and

    c.     Joint proposed pretrial order:  February 9, 2026, or 30 days after resolution of dispositive motions.

/ / /

24.    The Parties do not anticipate seeking a further extension in this Case.

| | |
|---|---|
| **CHRISTENSEN JAMES & MARTIN, CHTD.** | **THE FAUX LAW GROUP** |

By:  */s/ Kevin B. Archibald*
　　Kevin B. Archibald, Esq.
　　NV Bar No. 13817
　　7440 W. Sahara Avenue
　　Las Vegas, Nevada 89117
　　Tel: (702) 255-1718
　　Email: kba@cjmlv.com
　　*Counsel for Plaintiff Board of Trustees of*
　　*the Southern Nevada and California*
　　*Glaziers, Fabricators, Painters and*
　　*Floorcoverers Pension Trust Fund*


DATED this 20th day of November, 2025.

By:  */s/ Jordan F. Faux*
　　Jordan F. Faux, Esq.
　　NV Bar No. 12205
　　2625 N. Green Valley Pkwy, #100
　　Henderson, NV 89014
　　Tel: (702) 458-5790
　　Email: jfaux@fauxlaw.com
　　*Counsel for Defendant Suretec Insurance*
　　*Company*

DATED this 20th day of November, 2025.


**ANDERSON, MCPHARLIN & CONNERS LLP**

By:  */s/ Vincent James John Romeo*
　　Vincent James John Romeo, Esq.
　　NV Bar No. 9670
　　601 S. Seventh St.
　　Las Vegas, NV 89101
　　Tel: (702) 479-1010
　　Email: vjjr@amclaw.com
　　*Counsel for Defendant The North River*
　　*Insurance Company*

DATED this 20th day of November, 2025.

/ / /

/ / /

## <u>ORDER</u>

For the reasons stated above, and for good cause, it is hereby ordered that the case management deadlines be reset, as follows:

- Joint Status Report regarding settlement:  December 21, 2025;
- Dispositive Motions:  January 12, 2026; and
- Joint proposed pretrial order:  February 9, 2026, or 30 days after resolution of dispositive motions.

**IT IS SO ORDERED.**

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED:___November 21, 2025_____