1 | **CHRISTENSEN JAMES & MARTIN, CHTD.**
Wesley J. Smith (11871)
Kevin B. Archibald (13817)
Dylan J. Lawter (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Email: wes@cjmlv.com, kba@cjmlv.com, djl@cjmlv.com
*Attorneys for Plaintiff Board of Trustees of the
Southern Nevada and California Glaziers, Fabricators,
Painters and Floorcoverers Pension Trust Fund*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN NEVADA AND CALIFORNIA GLAZIERS, FABRICATORS, PAINTERS AND FLOORCOVERERS PENSION TRUST FUND,<br><br>Plaintiff,<br><br>vs.<br><br>ITZROYALTY CONSTRUCTION, INC., a California corporation; SURETEC INSURANCE COMPANY, a Texas corporation; THE NORTH RIVER INSURANCE COMPANY, a New Jersey corporation; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-00117-APG-NJK<br><br>**STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST THE NORTH RIVER INSURANCE COMPANY, ONLY** |

The Plaintiff, Board of Trustees of the Southern Nevada and California Glaziers, Fabricators, Painters and Floorcoverers Pension Trust Fund ("Plaintiff"), and Defendant The North River Insurance Company ("NRIC"), each acting by and through undersigned counsel,

/ / /

/ / /

-1-

hereby stipulate and agree that NRIC be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own fees and costs.

| | |
|---|---|
| **CHRISTENSEN JAMES & MARTIN, CHTD.** | **ANDERSON, MCPHARLIN & CONNERS LLP** |
| By:   */s/ Kevin B. Archibald*<br>Kevin B. Archibald, Esq.<br>NV Bar No. 13817<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Tel: (702) 255-1718<br>Email: kba@cjmlv.com<br>*Counsel for Plaintiff Board of Trustees of the Southern Nevada and California Glaziers, Fabricators, Painters and Floorcoverers Pension Trust Fund* | By:   */s/ Vincent James John Romeo*<br>Vincent James John Romeo, Esq.<br>NV Bar No. 9670<br>601 S. Seventh St.<br>Las Vegas, NV 89101<br>Tel: (702) 479-1010<br>Email: vjjr@amclaw.com<br>*Counsel for Defendant The North River Insurance Company* |

DATED this 19th day of December, 2025.

DATED this 19th day of December, 2025.

IT IS SO ORDERED:

Dated: December 22, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE