# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Board of Trustees of the Southern Nevada and California Glaziers, Fabricators, Painters and Floorcoverers Pension Trust Fund,

    Plaintiff,

v.

ITZRoyalty Construction, Inc., et al.,

    Defendants.

Case No. 2:25-cv-00117-APG-NJK

**Order**

[Docket No. 29]

The parties have reached a settlement. *See* Docket No. 29 at 5. The parties must file dismissal papers by March 3, 2026. The case management deadlines are otherwise vacated and the stipulation to extend is DENIED as moot.

IT IS SO ORDERED.

Dated: February 11, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1