KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
THE FAUX LAW GROUP
2625 North Green Valley Parkway, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
        wsiepmann@fauxlaw.com
        jfaux@fauxlaw.com
*Attorneys for SureTec Insurance Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

BOARD OF TRUSTEES OF THE SOUTHERN NEVADA AND CALIFORNIA GLAZIERS, FABRICATORS, PAINTERS AND FLOORCOVERERS PENSION TRUST FUND,

Plaintiff,

vs

ITZROYALTY CONSTRUCTION, INC., *et al*.,

Defendants.

Case No.: 2:25-cv-00117-APG-NJK

**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DISMISSAL DEADLINE**

**(FIRST REQUEST)**

The Plaintiff, Board of Trustees of the Southern Nevada and California Glaziers, Fabricators, Painters and Floorcoverers Pension Trust Fund ("Plaintiff"), and Defendant SureTec Insurance Company ("SureTec"), each acting by and through its undersigned counsel, respectfully submit this Stipulation and Proposed Order to Extend the Dismissal Deadline (this "Stipulation"). This Stipulation is the first such request and is being entered in good faith and not for an improper purpose. In support of this Stipulation, the Parties state as follows:

1. On February 10, 2026, the Parties advised the Court that the Parties had agreed on settlement terms and drafted the Settlement Agreement, and the Court ordered dismissal to be filed by March 3, 2026. *See* Dkt. Nos. 29 and 30.

THE FAUX LAW GROUP
2625 N. GREEN VALLEY PARKWAY, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

1

THE FAUX LAW GROUP
2625 N. GREEN VALLEY PARKWAY, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

2.   The Parties have approved the Settlement Agreement, as drafted, and SureTec has advised Plaintiff that it will deliver the executed Settlement Agreement and the Settlement Payment to Plaintiff, but additional time is required in which to do so.

3.   The Parties agree that the case should not be dismissed until the executed Settlement Agreement and the Settlement Payment are received by the Plaintiff.

4.   Counsel for SureTec hopes that the executed Settlement Agreement and the Settlement Payment will be received by Plaintiff within the next 10 to 15 days.

5.   Plaintiff also requires time in which to confirm receipt of the settlement funds.

6.   The Parties respectfully request one final extension of time, through March 24, 2026, for filing the dismissal of SureTec so that the signed Settlement Agreement and the Settlement Payment can be received, and settlement funds confirmed, by Plaintiff.

| CHRISTENSEN JAMES & MARTIN, CHTD. | THE FAUX LAW GROUP |
|---|---|
| By: */s/ Kevin B. Archibald* | By: */s/ Jordan F. Faux* |
| Kevin B. Archibald, Esq. (NV Bar 13817) | Jordan F. Faux, Esq. (NV Bar 12205) |
| 7440 W. Sahara Avenue | 2625 N. Green Valley Pkwy, #100 |
| Las Vegas, Nevada 89117 | Henderson, NV 89014 |
| Email: kba@cjmlv.com | Email: jfaux@fauxlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Suretec Insurance Company* |

DATED this 3rd day of March, 2026.      DATED this 3rd day of March, 2026.

## ORDER

For the reasons stated above, and for good cause, it is hereby ordered that the Parties must file their dismissal on or before **March 24, 2026**.

**IT IS SO ORDERED.**

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: March 4, 2026
_____

2