**CHRISTENSEN JAMES & MARTIN, CHTD.**
Wesley J. Smith (11871)
Kevin B. Archibald (13817)
Dylan J. Lawter (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Email: wes@cjmlv.com, kba@cjmlv.com, djl@cjmlv.com
*Attorneys for Plaintiff Board of Trustees of the*
*Southern Nevada and California Glaziers, Fabricators,*
*Painters and Floorcoverers Pension Trust Fund*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN NEVADA AND CALIFORNIA GLAZIERS, FABRICATORS, PAINTERS AND FLOORCOVERERS PENSION TRUST FUND, <br><br> Plaintiff, <br><br> vs. <br><br> ITZROYALTY CONSTRUCTION, INC., a California corporation; SURETEC INSURANCE COMPANY, a Texas corporation; THE NORTH RIVER INSURANCE COMPANY, a New Jersey corporation; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive, <br><br> Defendants. | CASE NO.: 2:25-cv-00117-APG-NJK <br><br> **STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST SURETEC INSURANCE COMPANY, ONLY** |

The Plaintiff, Board of Trustees of the Southern Nevada and California Glaziers, Fabricators, Painters and Floorcoverers Pension Trust Fund ("Plaintiff"), and Defendant SureTec Insurance Company ("SureTec"), each acting by and through undersigned counsel, hereby stipulate and agree that SureTec be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own fees and costs. Nothing herein shall be construed as a

/ / /

-1-

release or waiver of any of SureTec's rights under any indemnity agreement executed in order to induce it to issue bonds to the Principal.

**CHRISTENSEN JAMES & MARTIN, CHTD.**

By:  */s/ Kevin B. Archibald*
　　Kevin B. Archibald, Esq.
　　NV Bar No. 13817
　　7440 W. Sahara Avenue
　　Las Vegas, Nevada 89117
　　Tel: (702) 255-1718
　　Email: kba@cjmlv.com
　　*Counsel for Plaintiff Board of Trustees of*
　　*the Southern Nevada and California*
　　*Glaziers, Fabricators, Painters and*
　　*Floorcoverers Pension Trust Fund*

DATED this 24th day of March, 2026.

**THE FAUX LAW GROUP**

By:  */s/ Jordan F. Faux*
　　Jordan F. Faux, Esq. (NV Bar 12205)
　　2625 N. Green Valley Pkwy, #100
　　Henderson, NV 89014
　　Email: jfaux@fauxlaw.com
　　*Counsel for Defendant SureTec Insurance*
　　*Company*

DATED this 24th day of March, 2026.

IT IS SO ORDERED.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED:  March 25, 2026

-2-