**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN NEVADA AND CALIFORNIA GLAZIERS, FABRICATORS, PAINTERS AND FLOORCOVERERS PENSION TRUST FUND,<br><br>        Plaintiff<br><br>v.<br><br>ITZROYALTY CONSTRUCTION, INC., et al.,<br><br>        Defendants | Case No.: 2:25-cv-00117-APG-NJK<br><br>**Order for Status Report** |

The plaintiff and defendant SureTec Insurance Company filed a stipulation of dismissal of the plaintiff's claims against SureTec. ECF Nos. 33, 34.  No other action has been taken in the case since then.

I THEREFORE ORDER that by July 13, 2026, the remaining parties shall file a status report regarding what, if anything, remains of this case.

DATED this 18th day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE