**CHRISTENSEN JAMES & MARTIN, CHTD.**
Wesley J. Smith (11871)
Kevin B. Archibald (13817)
Dylan J. Lawter (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Email: wes@cjmlv.com, kba@cjmlv.com, djl@cjmlv.com
*Attorneys for Plaintiff Board of Trustees of the*
*Southern Nevada and California Glaziers, Fabricators,*
*Painters and Floorcoverers Pension Trust Fund*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN NEVADA AND CALIFORNIA GLAZIERS, FABRICATORS, PAINTERS AND FLOORCOVERERS PENSION TRUST FUND, <br><br> Plaintiff, <br><br> vs. <br><br> ITZROYALTY CONSTRUCTION, INC., a California corporation; SURETEC INSURANCE COMPANY, a Texas corporation; THE NORTH RIVER INSURANCE COMPANY, a New Jersey corporation; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive, <br><br> Defendants. | CASE NO.: 2:25-cv-00117-APG-NJK <br><br> **PLAINTIFF'S STATUS REPORT AND MOTION AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ITZROYALTY CONSTRUCTION, INC.** <br><br> **(FIRST REQUEST)** |

The Plaintiff, Board of Trustees of the Southern Nevada and California Glaziers, Fabricators, Painters and Floorcoverers Pension Trust Fund ("Plaintiff"), acting by and through its undersigned counsel, respectfully submits this Plaintiff's Status Report and Motion and Proposed Order for Extension of Time to File Motion for Default Judgment against Defendant ITZRoyalty Construction, Inc. (this "Status Report and Motion"). This Status Report and Motion constitutes the Plaintiff's first request for such an extension and is being entered in good faith, not for an improper purpose, and pursuant to the Court's Order for Status Report

-1-

entered June 18, 2026 [Dkt. No. 35]. Plaintiff files this Status Report and Motion, individually, as Defendant ITZRoyalty Construction, Inc. ("ITZRoyalty") has not appeared in, defended, or responded to this Case. In support of this Status Report and Motion, the Plaintiff states as follows:

1.      On January 17, 2025, the Plaintiff filed its Complaint to, *inter alia*, compel cooperation and production of records from Defendant ITZRoyalty, perform the Audit, and seek an award from the Court for damages the Plaintiff believes it is owed. Dkt. No. 1.

2.      The Plaintiff completed service of process of Defendant SureTec Insurance Company ("SureTec") on January 29, 2025. *See* Dkt. No. 10, Exhibit 1.

3.      The Plaintiff completed service of process of Defendant The North River Insurance Company ("NRIC") on January 31, 2025. *Id*.

4.      The Plaintiff completed service of process of Defendant ITZRoyalty on March 3, 2025. *Id*.

5.      Defendant SureTec filed its Answer to the Complaint on February 19, 2025 [Dkt. No. 5].

6.      Defendant NRIC filed its Answer to the Complaint on March 7, 2025 [Dkt. No. 7].

7.      Defendant ITZRoyalty has neither appeared nor filed a responsive pleading in this Case. *See* Docket, generally.

8.      On April 11, 2025, the Court entered an Order requiring the Parties to file a stipulated discovery plan pursuant to Local Rule 26-1(a) by April 18, 2025 [Dkt No. 9].

9.      On April 15, 2025, the Plaintiff filed a Motion for Entry of Clerk's Default of ITZRoyalty [Dkt. No. 11].

10.     On April 16, 2025, the Plaintiff and the Surety Defendants filed a Stipulation to Stay Proceedings as to the Surety Defendants (First Request) ("First Stip to Stay") [Dkt. No. 12], in which the Plaintiff and the Surety Defendants requested a stay of this Case as to the Surety Defendants, only, to allow the Plaintiff additional time to obtain documents and

information from third parties to allow the Plaintiff the opportunity to perform a payroll compliance audit of ITZRoyalty to confirm the accuracy of ITZRoyalty's contribution obligations to the Plaintiff ("Audit") for the period of at least March 7, 2022 through the present ("Audit Period").

11. On April 17, 2025, the Court entered an Order denying the First Stip to Stay for the following reasons: (a) the First Stip to Stay fails to include any legal authority that a lengthy stay of discovery is warranted by the identified circumstances; (b) the First Stip to Stay fails to explain why three or four months would suffice for the legal proceedings and audit identified; and (c) insufficient explanation was provided as to why a desire for a firmer understanding of damages in this case suffices for a lengthy stay of discovery. *See* Dkt. No. 13 at Page 2.

12. On April 18, 2025, the Plaintiffs and the Surety Defendants filed a Proposed Joint Discovery Plan and Scheduling Order [Dkt. No. 14].

13. On April 21, 2025, the Court entered its Discovery Plan and Scheduling Order [Dkt. No. 15], which includes a Discovery Cut-Off Date of August 18, 2025, a Dispositive Motion Deadline of September 17, 2025, and pre-trial and ADR deadlines scheduled thereafter.

14. On April 30, 2025, the Court Clerk entered Default against Defendant ITZRoyalty for failing to plead or otherwise defend in this action [Dkt. No. 16].

15. The Plaintiff and the Surety Defendants have exchanged Initial Disclosures.

16. The Plaintiff sent Discovery Requests, including Requests for Production of Documents, to Defendant ITZRoyalty, but no response was received to date. *See* Stipulation for Stay of Proceedings (Second Request) [Dkt. No. 17] ("Stip to Stay"), Declaration of Plaintiff's Counsel in Support of Stipulation to Stay Proceedings to Complete Audit (Second Request) ("Decl. of Counsel") at ¶ 4.

17. The Plaintiff sent Subpoenas to Produce Documents, Information, or Objects to the State of California, Contractors State License Board ("CSLB"), California Employment Development Department ("CEDD"), and QuickBooks Online Payroll, Inc. ("QuickBooks") *Id.*

at ¶ 5.

18.    Plaintiff received documents responsive to the CSLB, CEDD, and QuickBooks.

19.    Plaintiff's Auditor was able to obtain Certified Payroll Reports, which only recently became available to the public after an extended period of inaccessibility, for work performed by ITZRoyalty employees during the Audit Period through the State of California Department of Industrial Relations. *See* Stip to Stay, Declaration of Auditor in Support of Stipulation to Stay Proceedings to Complete Audit (Second Request) ("Decl. of Auditor") at ¶¶ 14-15.

20.    On September 16, 2025, the Parties filed a Stipulation for Stay of Proceedings (Second Request) requesting to stay the Case and all remaining case deadlines through November 20, 2025, so that the Plaintiff's Auditor could complete the Audit and for the Parties to discuss the possibility of settlement of any claims [Dkt. No. 17].

21.    On September 18, 2025, the Court entered an Order requiring the Parties to file a Joint Status Report regarding settlement by November 20, 2025, extending the Dispositive Motions Deadline to December 11, 2025, and extending the Joint Proposed Pretrial Order Deadline to January 9, 2026, or 30 days after resolution of dispositive motions [Dkt. No. 18].

22.    It took the Plaintiff's Auditor more time to complete the Audit than anticipated, and the Audit Report was issued and sent to counsel for the Surety Defendants on November 12, 2025.

23.    On November 20, 2025, the Parties filed a Joint Status Report and Stipulation and Proposed Order To Extend Dispositive Motion Deadline (Third Request) asking the Court for additional time to review the Audit Report and discuss the possibility of settlement of their respective claims and defenses [Dkt. No. 19].

24.    On November 21, 2025, the Court entered an Order extending the case management deadlines, as follows: (a) Joint Status Report regarding settlement due on or before December 21, 2025; (b) Dispositive Motions due January 12, 2026; and (c) Joint proposed pretrial order due February 9, 2026, or 30 days after resolution of dispositive motions

[Dkt. No. 20].

25.    On December 19, 2025, the Plaintiff and Defendant NRIC filed a Stipulation for Dismissal of Plaintiff's Claims against NRIC, only ("Stip to Dismiss NRIC") [Dkt. No. 21].

26.    On December 19, 2025, Plaintiff, SureTec and NRIC filed a Joint Status Report providing an update to the Court on the status of this Case [Dkt. No. 22].

27.    On December 22, 2025, the Court entered its Order Granting the Stip to Dismiss NRIC [Dkt. No. 24].

28.    Plaintiff and SureTec filed Stipulations to Extend Case Deadlines on January 6, 2026 (Fourth Request), January 27, 2026 (Fifth Request), and February 10, 2026 (Sixth Request), in which Plaintiff and SureTec requested additional time in which to negotiate settlement terms [Dkt. Nos. 25, 27 and 29, respectively].

29.    The Court entered Orders granting the Stipulations to Extend Case Deadlines on January 7, 2026 and January 28, 2026 [Dkt. Nos. 26 and 28, respectively].

30.    On February 11, 2026, the Court entered an Order setting a deadline for the parties to file dismissal papers by March 3, 20236 [Dkt. No. 30].

31.    On March 3, 2026, Plaintiff and SureTec filed a Stipulation to Extend the Dismissal Deadline requesting additional time for Plaintiff and SureTec to finalize the settlement paperwork [Dkt. No. 31].

32.    On March 4, 2026, the Court entered an Order granting the Stipulation to Extend the Dismissal Deadline [Dkt. No. 32].

33.    On March 24, 2026, Plaintiff and SureTec filed a Stipulation for Dismissal of Plaintiff's Claims against SureTec, only ("Stip to Dismiss SureTec") [Dkt. No. 33].

34.    On March 25, 2026, the Court entered its Order Granting the Stip to Dismiss SureTec [Dkt. No. 34].

35.    Since that time, Plaintiff has attempted to locate contact information for Defendant ITZRoyalty and has begun preparing a Motion for Default Judgment. Plaintiff requires fourteen (14) additional days in which to finish preparing and to file the Motion for

Default Judgment against ITZRoyalty.

36.    Plaintiff respectfully requests that the Court allow Plaintiff until July 27, 2026, in which to file a Motion for Default Judgment against ITZRoyalty.

**CHRISTENSEN JAMES & MARTIN, CHTD.**

By: ___/s/ Kevin B. Archibald_____
    Kevin B. Archibald, Esq.
    NV Bar No. 13817
    7440 W. Sahara Avenue
    Las Vegas, Nevada 89117
    Tel: (702) 255-1718
    Email: kba@cjmlv.com
    *Counsel for Plaintiff Board of Trustees of the Southern Nevada and California Glaziers, Fabricators, Painters and Floorcoverers Pension Trust Fund*

DATED this 13th day of July, 2026.

## ORDER

For the reasons stated above, and for good cause, it is hereby ordered that Plaintiff shall have until July 27, 2026, to file a Motion for Default Judgment against Defendant ITZRoyalty Construction, Inc.

**IT IS SO ORDERED.**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: July 14, 2026