**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN NEVADA AND CALIFORNIA GLAZIERS, FABRICATORS, PAINTERS AND FLOORCOVERERS PENSION TRUST FUND,<br><br>Plaintiff<br><br>v.<br><br>ITZROYALTY CONSTRUCTION, INC., et al.,<br><br>Defendants | Case No.: 2:25-cv-00117-APG-NJK<br><br>**Order Granting in Part Motion for Default Judgment**<br><br>[ECF No. 38] |

The plaintiff Board of Trustees moves for default judgment against ITZRoyalty Construction. ECF No. 38. Default has been entered against ITZRoyalty. ECF No. 16. The motion satisfies the factors set forth in *Eitel v. McCool*, 782 F.2d 1470 (9th Cir. 1986). I grant the motion in part.

ITZRoyalty was required to contribute funds to the Board's Trust Fund based on the number of hours worked by its employees. The Board believed ITZRoyalty underpaid or failed to pay contributions for several months. The Board hired an auditor, who discovered that ITZRoyalty owes $80.00 in unpaid contributions for two months, plus $10.24 in interest, and $40.00 in liquidated damages. ECF No. 38 at 4-5. Thus, the total owed by ITZRoyalty is $130.24. To recover that amount, the Board has incurred nearly $34,000 in attorney fees and costs. *Id*. at 5. The Board seeks judgment in the following amounts:

| | |
|---|---|
| Fringe Benefit Contributions: | $80.00 |
| Liquidated Damages: | $40.00 |

| | |
|---|---|
| Interest: | $10.24 |
| Audit Fee: | $1,137.50 |
| Attorney's Fees and Costs: | $33,996.00 |
| **Total:** | **$35,263.74** |

ECF No. 34 at 9.

The Trust Fund documents and the ERISA statute allow the Board to recover its reasonable attorney's fees and costs in collecting delinquent contributions. ECF No. 38-7 at 13; 29 U.S.C. § 1132(g)(2)(D). While the audit fee is justifiable to discover the amount of unpaid contributions, the attorney's fees and costs[1] incurred are not. It is wholly unreasonable to spend nearly $34,000 chasing $130.24. Pre-complaint fees totaled $1,640.00. ECF No. 38-10 at 2-3. Some additional communications with the client, auditor, and other potential defendants is justified. I will award the Board $5,000 in attorney's fees and costs.

I THEREFORE ORDER that the motion for default judgment **(ECF No. 38) is granted in part**. The clerk of the court is directed to enter judgment in favor of plaintiff Board of Trustees of the Southern Nevada and California Glazers, Fabricators, Painters and Floorcoverers Pension Trust Fund and against defendant ITZRoyalty Construction, Inc. in the amount of $6,267.74.

I FURTHER ORDER that post-judgment interest will accrue on the judgment at the rate prescribed by 28 U.S.C. § 1961.

DATED this 3rd day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

[1] The costs ($1,414.50) are for filing the lawsuit, process servers, copying, and legal research. ECF No. 38-10 at 16-17.